# 800 CASES REPORTED WITH BRIEF SYLLABI.

GRENADA INVESTMENT COMPANY v. HAROLD G. CORTIS and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PROGRESSIVE ADVERTISING & PUBLICITY COMPANY, INC., v. LYRIC OPERATING Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD M. LEVAN v. AMERICAN SAFETY TABLE Co., INC., and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOREY A. WOOD and Another v. THE WESTERN UNION TELEGRAPH COMPANY.— Motion denied. Present — Dowling. P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

I. B. MILLER, INC., v. WHARTON GREEN & COMPANY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEDFORD ESTATES, INC., v. EMANUEL A. STERN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JULES S. NAYFACK v. EMILY NORD NAYFACK.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD H. TITUS v. LOU C. WALLICK.— Motion denied, with leave to renew when appeal to the Court of Appeals is actually taken. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRACE MARY MOORE v. EQUITABLE SURETY COMPANY OF NEW YORK.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TILLIE SCHECHTER v. ISRAEL LICHTENSTEIN.— Motion granted. Present —. Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN SCHECHTER v. ISRAEL LICHTENSTEIN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of TIMOTHY D. POUCHER, as President, etc., v. TEACHERS' RETIREMENT BOARD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS C. BERNHEIM v. SAM SAMUELS and JOSEPH LEBLANG.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the JOINT BOARD OF THE CLOAK, SKIRT, DRESS AND REEFER MAKERS' UNIONS OF GREATER NEW YORK, an Unincorporated Association Having More Than Seven Members, and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTORIA STRAUSS v. CARL STEINDLER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.